IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KYLE SEIDEL, :
:
    Plaintiff :
:
  v. : CIVIL NO. 4:CV-16-1807
:
LANCASTER COUNTY PRISON, : (Judge Brann)
ET AL., :
:
    Defendants :

## ORDER

October 4, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT;**

    1.    The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Eastern District of Pennsylvania.

    2.    The Clerk of Court is directed to mark this case in this Court **CLOSED**.

        BY THE COURT:

        s/ Matthew W. Brann
        Matthew W. Brann
        United States District Judge

1